1  ADAM PAUL LAXALT
   Attorney General
2  SIMBA MUZOREWA (Bar No. 14097)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3267 (phone)
   (702) 486-3773 (fax)
6  Email: smuzorewa@ag.nv.gov

7  *Attorneys for Defendants Romeo Aranas, Bob Faulkner,
   Brian Williams Sr. and Duane Wilson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHET DUDA, | Case No. 2:16-cv-03042-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NAPHCARE, et al., | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, Chet Duda, and Defendants Romeo Aranas, Bob Faulkner, Brian Williams Sr., and Duane Wilson, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Simba M. Muzorewa Jr., Deputy Attorney General, that the above-captioned matter be dismissed in its entirety against all parties with prejudice by order of this Court.

///
///
///
///
///

1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorney fees and costs.

Dated this 16th day of March, 2018.

By: _____
Chet Duda
*Plaintiff Pro Se*

Dated this 27th day of March, 2018.

By: _____
Simba M. Muzorewa Jr. (Bar No. 14097)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: April 4, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court